UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE P.,<br><br>        Plaintiff,<br><br>   vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No. 25-cv-2278-DEB<br><br>**ORDER GRANTING JOINT MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND ENTRY OF JUDGMENT**<br><br>**[DKT. NO. 9]** |

Before the Court is the parties' Joint Motion for Voluntary Remand to Agency Pursuant to Sentence Four of 42 U.S.C. § 405(g) and Entry of Judgment. Dkt. No. 9. The Court **GRANTS** the Motion and remands the matter to the agency for further administrative proceedings. Upon remand, the Appeals Council will instruct the Administrative Law Judge to offer the claimant the opportunity for a hearing, take any further action needed to complete the administrative record, and issue a new decision.

After judgment, Plaintiff may be entitled to reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: January 26, 2026

_____
Daniel E. Butcher
United States Magistrate Judge